**Order filed July 24, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00481-CV
_____

**LUCIDALIA CHAVEZ, Appellant**

**V.**

**WALTER CHAVEZ, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2012-60726**

## O R D E R

This is an appeal from a final decree of divorce signed March 17, 2014. Appellant filed a timely motion for new trial. The record in this appeal was due July 15, 2014, but it has not been filed.

Appellant filed an affidavit of indigence in the trial court on June 5, 2014. *See* Tex. R. App. P. 20.1. She also filed an affidavit in this court on June 23, 2014. This court has been advised that a contest to the affidavit was filed. The court has

not been advised whether the contest was sustained. Accordingly, we issue the following order.

The Harris County District Clerk is directed to file a partial clerk's record on or before **August 1, 2014**, containing the following documents:

1.  Appellant's Affidavit of Indigence;

2.  Any contest to Appellant's Affidavit of Indigence; and

3.  Any trial court order ruling on Appellant's claim of indigence.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM